FILED IN CHAMBERS
U.S.D.C ATLANTA

Date: May 14 2020

JAMES N. HATTEN, Clerk

By: s/B. Evans
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

v.

SANTWON ANTONIO DAVIS

Case No. 1:20-MJ-379

**UNDER SEAL**

**Motion to Seal**

The United States of America, by Byung J. Pak, United States Attorney, and Sarah E. Klapman, Assistant United States Attorney for the Northern District of Georgia, respectfully requests that:

1. The Criminal Complaint in the above-captioned case, the Summons, this Motion to Seal, and any ensuing order be sealed because the Summons contains the residential address of the defendant; and

2. The existence of this investigation is not currently known to the defendant. If he were to learn of this investigation, he may attempt to flee or destroy relevant evidence.

WHEREFORE, the United States of America respectfully requests that this motion, the Criminal Complaint, Summons, this Motion to Seal, and the ensuing order be sealed until further Order of the Court.

Submitted this 14th day of May, 2020.

>Respectfully submitted,
>
>BYUNG J. PAK
>    *United States Attorney*
>
>
>/s/ Sarah E. Klapman
>Sarah E. Klapman
>    *Assistant United States Attorney*
>Georgia Bar No. 437221
>sarah.klapman@usdoj.gov