FILED IN CHAMBERS
U.S.D.C ATLANTA

Date: __May 18 2020__

JAMES N. HATTEN, Clerk

By: _s/B. Evans_
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

v.

SANTWON ANTONIO DAVIS

Case No. 1:20-MJ-379

### Motion to Lift Seal

The United States of America, by Byung J. Pak, United States Attorney, and Sarah E. Klapman, Assistant United States Attorney for the Northern District of Georgia, respectfully states that:

1. The Criminal Complaint, the Summons, a Motion to Seal, an Order granting the Motion to Seal, and this case were sealed because the Summons contains the residential address of the defendant and because the existence of the investigation was not known to the defendant at the time the Complaint was signed.

2. The defendant has now been served with a copy of the Complaint and Summons. He will make his initial appearance on Thursday, May 21.

WHEREFORE, the Government respectfully requests that this case, the Criminal Complaint, the Motion to Seal, and the order on the Motion to Seal be unsealed. However, the Government requests that the Summons remain under seal because it contains the defendant's residential address.

Submitted this 18th day of May, 2020.

Respectfully submitted,

BYUNG J. PAK
    *United States Attorney*


/s/ Sarah E. Klapman
Sarah E. Klapman
    *Assistant United States Attorney*
Georgia Bar No. 437221
sarah.klapman@usdoj.gov