

RECEIVED By CSpear at 2:30 pm, Jul 20, 2020

FILED IN CHAMBERS
U.S.D.C ATLANTA
Date: Jul 17 2020
JAMES N. HATTEN, Clerk
By: s/B. Evans
Deputy Clerk

# UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

## WARRANT FOR ARREST
## FOR
## VIOLATION OF THE CONDITIONS OF BOND

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta
JUL 27 2020
JAMES N. HATTEN, Clerk
By: Deputy Clerk

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) Court No. 1:20-00379M-1 |
| v. | ) ~~FILED UNDER SEAL~~  JSA |
| | ) |
| Santwon Antonio Davis | ) |

THE UNITED STATES MARSHAL
OR ANY OTHER AUTHORIZED OFFICER

YOU ARE HEREBY COMMANDED to arrest Santwon Antonio Davis and bring him forthwith before the Honorable Justin S. Anand or the nearest available United States Magistrate Judge to answer charges that he has violated the conditions of bond imposed by the United States Magistrate Judge for the Northern District of Georgia on May 21, 2020, and for the purpose of setting new conditions of bond.

Signature of Issuing Officer:

Honorable Justin S. Anand
United States Magistrate Judge

July 17, 2020
Date

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME/TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 07-20-2020 | Cook, Vernon/DUSM | c/o Chance Hutto/SDUSM |
| DATE OF ARREST | | |
| 07-20-2020 | | |

FID: 11146452

USMS: 73281-019